CV

RECEIVED

15-569

United states court of appeals for the second circuit

Thurgood marshall u s courthouse

40 foley square New York 10007

Beatrice Shirley Williams steele

15-569-cv

V,

Trans union , Experian ,

Defendants

REPLY BRIEF

Brief for response

On appeal for the united states district court for the southern district court of new York

Williams steele

Bronx , new York  10452

Beatrice Shirley

1085 nelson avenue 4a

718-590-4371

347-638-7673

For your review

According to rule and regulated law cfr which is the rules for federal credit reporting agencies 20. Cfr. 404 . 1006

Corporation officer of a corporation or employee of the corporation being paid or entited to be paid for holding an office of employment or performing services being entitled to be paid

General agent is one authorized by statute and requires mailing with certified mailing or express mailing , or mailing with signatures required in which mr. puterbaugh was hired by trans union as well as ms bishop to receive mail for corporation as being a legal assistant working at the front desk. As mr. puterbaugh was an employee who also received express mailing and certified mailing .

The united states marshall excuted service on ms. Bishop in which I believe was their jurisdiction since the court requested that the marshall serve the corporations being legal as to having proper service with a us marshall ordered by court the timing was extended because the first address issued for trans union was no response so then their was a second attempt to excute service in which they were successful in doing

I will also enter into this statement with several rules and regulated laws with this statement

Response to the summary of the argument

Defendant received a set aside default judgment for lack of jurisdiction where schukit firm states that their legal assistant didn't have any authority to accept a summons and complaint from a us marshall from the district court who was ordered by court to have u s marshall's execute summons and complaint to schuckit and associates.

According to rule and regulated law 20 cf. 404.1006 corporation officer if you are a officer of a corportation you are an employee of the corporation , if you are paid or entitled to be paid for holding an office as a legal assistant or even performing services

General agent is one authorize by statute and the statute so requires by also mailing with certified mailing on December 21 , 2013 at 12:41 pm express mail was delivered to trans union and accepted by r puterbaugh what was his title not know or mention in summary of argument

Rule 4(h) to an officer a managing or general agent or any other agent authorized by appointment or by law to receive service of process using any form or mail that the addresses and sends to the individual and requires a signature or receipt

These rules fall under service corporatin section 159.3 (@) for the procedures for engaging in a broder scope of activities on a case

My argument is that the court ordered their us marshall's to excute delivery I had already sent a certified mailing in which their was no response I then was told by the court to use the us marshall in which the timely I had no control over but was following instructions of the court and trans union being properly served by us marshall who to our knowledge was a legal assistant hire to work for trans union and to accept mailing as she is also required to file motions for the attorney's as well as do interviews for the attorney's for new clients and input all their information into their system before excepting them as clients

Trans union excuse was first that they weren't hire by trans union to represent them for the case then they changed their argument to a legal assistant not being able to accept summons and complaints that come into the office so she can except mail that dropped off by u s post office and if they had someone that was supposed to be able to except legally a summons and complaint why wasn't he or she called to except the summons or complaint .

So youre saying you hired someone that doesn't know her job

I believe that justly say so that you trans union received your summons and complaint and didn't answer in a timely manner because you knew that you could basely get away with this excuse but according to

the law in you were not sick or on vacation and you already are filed with the courts that you trans union are represented by schuckit and associates

I am requesting favor from the appeal judge that judgement be for the plaintiff granted that trans union defaulted judgement for failure to answer in a timely manner. That trans union was properly served by us post office as well as through us marshall's of southern district court at 500 pearl street new York ny 10007

Jugement one million

Beatrice Shirley Williams steele

1085 nelson avenue 4a

Bronx new York 105452 \7185904371  3476387673

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

12-CIV-0310

BEATRICE SHIRLEY WILLIAMS STEELE

V,

TRANS UNION, EXPERIAN

THANK YOU YOUR HONOR THAT IS THE TRUTH I ASKED THE PRO SE OFFICE IF I SHOULD FILE THE RECONSIDERATION MOTION AND THEY ANSWERED NO I SHOULD RESPOND TO THE JULY 29, 2013 MEMORANDUM AND ORDER.

THAN WAS TO GET THE MARSHALLS TO EXCEPT THE MOTION OF SUMMONS AND COMPLAINT WITH AMMENDED SUMMONS AND COMPLAINT WITH THE DEFAULT JUDGEMENT. I THEN DID AS I WAS TOLD AND BEGAN TO GET THE AMMENDED MOTION FROM THE COURT THEIR COPIES WITH SEAL ON IT AND HAND IT OVER TO THE US MARSHALL I DON'T KNOW TO MUCH ABOUT ALL OF THE MOTIONS AND RULES AND REGULATIONS YOUR HONOR BUT I AM LEARNING FROM HANDS ON EXPERIENCE.

IN WHICH HAS BEEN SOME EXPERIENCE HOWEVER, MY RECONSIDERATION WAS FOR THE DEFAULT JUDGEMENT TO BE RE-IN STATED AS TO THE FACT THAT PROPER SERVICE ON A CORPORATION WOULD BE BY CERTIFIED MAILING IN WHICH THAT WAS THE FIRST LETTER OF CONTACT ISSUED TO TRANS UNION AS WELL AS EXPERIAN. THE SECOND REACH OUT LETTER OR SHOULD I SAY SUMMONS AND COMPLAINT WITH DEFAULT JUDGEMENT WAS SENT OUT AGAIN BY EXPRESS MAIL WHICH WOULD ALSO HAVE A SIGNUTURE.

MS. BISHOP BEING AN OFFICER OR EMPLOYEE RULE 4 (E) (1) MS. BISHOP WAS A AUTHORIZED EMPLOYEE BY LAW TO RECEIVE OR BE SERVED

- (1) JUDICAL DISTRICT OF UNITED STATES
- (A) SERVE THE UNITED STATES UNDER RULE 4(1) (3) IF THE PARTY HAS SERVED THE UNITED STATES OFFICER OR EMPLOYEE.
- (B) BY DELIVERING A COPY OF SUMMONS AND COMPLAINT AND DEFAULT JUDGEMENT , A MANAGER OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS AND OF A AGENT .
CFR 159.4 WHAT ACTRIVITEIS ARE PRE APPROVED FOR SERVICE CORPORATIONS
THIS SECITON SETS FORTH THE ACTIVITVES THAT HAVE BEEN PRE APPROVED

FOR SERVICE CORPORATIONS SECTION 159.3 € (2) OF THIS PART SETS FORTH THE PROCEDURES FOR ENGAGING IN A BRODER SCOPE OF ACTIVTIES ON A CASE –BY CASE BASIS.
( C ) CREDIT RELATED SREVICES, CREDIT ANALYSIS, CHECK OR CREDIT CARD GUARANITY, VERTIFICATION , CONSUMERS SERVICES HOMEOWNERSHIP

RULE 44 PROVING AN OFFICAL RECORD (A) BY A JUDGE OF A COURT OF RECORD IN THE DISTRICT OR POLITILT SUB DIVISION WHERE RECORD IS KEPT

(II) PROVING A OFFICAL RECORD OF ATTORNEYS COMMITMENT TO CORPORATION (TRANS UNION) UPON REPRESENTATION.

20 CFR 404 .1006 CORPORATION OFFICER IF YOU ARE AN OFFICER OF A CORPORATION YOU ARE AN EMPLOYEE OF THE CORPORATION. IF YOU ARE PAID OR ENTITED TO BE PAID FOR HOLDING OFFICE OR PERFORMING SERVICES.

GENERAL AGENT IS ONE AUTORIZED BY STATUTE AND THE STATUTE SO REQUIRES BY ALSO MAILING A COPY OF EACH TO EH DEFENDANT
WITH CERTIFIED MAILING
On DECEMBER 21, 2013 AT 12:41 PM EXPRESS MAIL WAS DELIVERED TO TRANS UNION ACCEPTED BY R. PUTERBAUGH.

RULE 4(H) TO AN OFFICER , A MANAGING OR GENERAL AGENT, OR ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR BY LAW TO RECEIVE SERVICE OF PROCESS USING ANY FORM OF MAIL THAT THE ADDRESSES AND SENDS TO THE INDIVIUAL AND REQUIRES A SIGNUTURE OR RECIEPT

AGENCY , CORPORATION COPY OF SUMMONS AND COMPLAINT TO CORPORATION , OFFICER, EMPLOYEE BY CERTIFIED MAIL CERTIFIED MAIL TO CORPORATION, AGENCY , OFFICER , EMPLOYEE.

CERTIFIED MAILING ISSUED TO TRANS UNION AND EXPERIAN IN JANUARY, MARCH, JUNE, AUGUST, OR 2013 I HAVE ISSUED YOU COPIES OF MAILING FOR EXPRESS MAIL AS WELL AS CERTFIED MAILING.

YOUR HONOR I JUST RECEIVED YOUR LETTER WHICH IS AN ORDER STATING THAT I SHOULD HAVE ISSUED THIS INFORMATION TO YOU BEFORE BUT WHEN I ASKED THE PRO SE OFFICE SHOULD I STILL FILE THIS MOTION FOR RECONSIDERATION THEY SAID NO HANDLE THIS THE RE-SERVICING OF THE SUMMONS AND COMPLAINT. SO WHEN THEY TOLD ME TO DO THAT THAT IS WHAT I DID WELL HOPFULLY I WILL GET ONE ORDER OR JUDGEMENT FO R THE PLAINTIFF.

WHEN THE DIFFERENT CREDIT CARD ISSUERS SEE ALL THIS DENIAL AND SETTING ASIDE THEY DON'T THINK VERY HIGHLY OF ME BUT SEEM TO THEN START TO PERCUTE ME THEMSELVES AS I

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

__Beatrice Williams Steele__ v.

__Toms Kniv, Uppsinn__

**CERTIFICATE OF SERVICE**
Docket Number: _____

I, __Beatrice Williams Steele__, hereby certify under penalty of perjury that on __9-11-2015__ (date), I served a copy of __Brief of Response__

(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| U.S. Court of Appeals Second Circuit | 40 Foley Square | NY | | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

Today's Date                                   Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form